# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS C. EDWARDS, | : | |
|       Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-1077 |
| | : | |
| EQUIFAX INFORMATION SERVICES, LLC, | : | |
|       Defendant. | : | |

## ORDER

This 20th day of June, 2018, upon consideration of Defendant Equifax Information Services, LLC's Motion to Transfer Venue, ECF No. 5, and Plaintiff Thomas Edwards's Response in Opposition, ECF No. 11, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge